UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SCOTTSDALE INSURANCE COMPANY

                      Plaintiff,

against-

TOP GRADE EXCAVATING NY INC., CERTIFIED TESTING LABORATORIES, INC., RICHARD J. ZALOUM, JACK VITALE and DIANE VITALE,

                      Defendants.

**NOTICE OF DISMISSAL AS TO RICHARD J. ZALOUM ONLY**

Case No. 1:20-cv-03510-RRM-JO

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, by its undersigned counsel, hereby dismisses this action as against defendant, RICHARD J. ZALOUM, only; said defendant has not been served with process, served an answer or motion for summary judgment, or otherwise appeared.

Dated: August 24, 2020

                                      GOLDBERG SEGALLA LLP

                                      *s/ Jonathan Schapp*
                                      Jonathan Schapp Esq.
                                      Ashlyn M. Capote Esq.
                                      *Attorneys for Plaintiff*
                                      665 Main Street
                                      Buffalo, New York 14203
                                      (716) 566-5400
                                      jschapp@goldbergsegalla.com
                                      acapote@goldbergsegalla.com